IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMIE LORENZO BALLEJOS,

    Petitioner,               No. CIV S-08-0008 FCD KJM P

  vs.

JAMES A. YATES, Warden,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

        On January 14, 2008, petitioner requested that the court stay the proceedings to allow him to exhaust state remedies.   Petitioner's declaration and the exhibits in support of the motion and the habeas petition satisfy the requirements of Rhines v. Weber, 544 U.S. 269, 275 (2005).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (docket no. 5) is granted.

2. Petitioner's January 14, 2008 request for a stay (docket no. 6) is granted.

3. Within ninety days of the date of this order, petitioner shall file a status report on the progress of the state exhaustion petition.

4. If the state exhaustion proceeding is not completed within one hundred eighty days of the date of this order, petitioner shall file a second status report, and further reports at ninety day intervals until the exhaustion process is completed.

5. Within thirty days of the California Supreme Court's resolution of the state action, petitioner shall file a motion to lift the stay together with either a motion to dismiss the action or a motion to file an amended petition or a notification that petitioner wishes to proceed on the petition filed January 2, 2008.

DATED: January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

ball0008.sty